964

No. 1464, Misc. PEEK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1476, Misc. ELDER *v.* BOLES, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 1511, Misc. CINNAMON *v.* EATON, SHERIFF. C. A. 6th Cir. Certiorari denied.

No. 1512, Misc. PARGA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1520, Misc. BRONSON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *I. A. Kanarek* for petitioner.

No. 1523, Misc. JACKSON *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1527, Misc. ORTEGA-LIRA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 1538, Misc. CLEMONS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.